UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>   Plaintiff,<br><br> vs.<br><br>FERNANDEZ, et al.,<br><br>   Defendants. | **1:22-cv-01223-GSA-PC**<br><br>**ORDER TO EITHER:**<br><br>**(1) SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS ON THE COURT'S FORM;**<br><br>**OR**<br><br>**(2) PAY $402.00 FILING FEE IN FULL**<br><br>**TWENTY-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Cottrell L. Broadnax ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2022, Plaintiff filed the Complaint commencing this action, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 4, 6.) However, the motion to proceed *in forma pauperis* was not submitted on the court's form for a prisoner.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the attached form for application to proceed *in forma pauperis* for a prisoner;

2. Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a prisoner, or in the alternative, pay the $402.00 filing fee for this action.

3. Plaintiff is not required to submit another certified copy of his prison trust account statement; and

4. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 3, 2022**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE