# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FERNANDEZ, et al.,<br><br>　　　　　Defendants. | 1:22-cv-01223-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 18.)<br><br>ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 6, 14.)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $420.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

　　　　The assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motions to proceed *in forma pauperis* be denied because he had sufficient funds in his prison trust account to pay the filing fee. (Doc. 18.) Plaintiff filed objections to the findings and recommendations. (Doc. 23.)

　　　　According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Plaintiff's objections do not meaningfully contest the reasoning in the findings and recommendations. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued (Doc. 18), are **ADOPTED IN FULL**.
2. Plaintiff's motions to proceed in forma pauperis (Docs. 6, 14), are **DENIED**.
3. Within thirty days of the date of service of this order, Plaintiff is **REQUIRED** to pay the $420.00 filing fee in full for this case.
4. Plaintiff is warned that if he fails to obey this order, the Court may summarily dismiss this case without further notice.

IT IS SO ORDERED.

Dated:  **November 18, 2022**

UNITED STATES DISTRICT JUDGE