1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  COTTRELL BROADNAX, | ) Case No.: 1:22-cv-1223 JLT GSA (PC) |
| 12        Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS IN FULL, DISMISSING |
| 13     v. | ) THE ACTION WITHOUT PREJUDICE, AND |
| | ) DIRECTING THE CLERK TO CLOSE THE |
| 14  FERNANDEZ, et al., | ) CASE |
| 15        Defendants. | ) (Doc. 29) |
| 16 | ) |

17        Cottrell Broadnax is a state prisoner proceeding pro se with this civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff failed to pay the filing fee he was previously ordered on November 21,

19   2022.  (Doc. 24.)  On February 23, 2023, the magistrate judge recommended the action be dismissed

20   due to Plaintiff's failure to comply with the Court's order and to pay the filing fee.  (Doc. 29.)

21        The Court granted Plaintiff 14 days to file objections to the Findings and Recommendations.

22   (Doc. 29 at 3.)  In addition, Plaintiff was informed the "failure to file objections within the specified

23   time may result in the waiver of rights on appeal."  (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d

24   834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  To date,

25   Plaintiff has not filed objections or paid the filing fee in the action.

26        In accordance with 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court performed a de

27   novo review of this case.  Having carefully reviewed the entire matter, the Court concludes the

28   Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court

**ORDERS**:

     1.     The Findings and Recommendations issued on February 23, 2023 (Doc. 29) are **ADOPTED** in full.

     2.     This action is **DISMISSED** without prejudice.

     3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 31, 2023**

UNITED STATES DISTRICT JUDGE